UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

EVGENIIA IVANOVA                           CIVIL DOCKET NO. 6:25-CV-00378
     A249-137-861

VERSUS                                              JUDGE DAVID C. JOSEPH

KRISTI NOEM, ET AL                        MAGISTRATE JUDGE WHITEHURST


**MEMORANDUM ORDER**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 filed by pro se Petitioner Evgeniia Ivanova ("Ivanova").  Ivanova is an immigration detainee at South Louisiana ICE Processing Center in Basile, Louisiana.  She alleges that her continued detention is unlawful.

Because additional information is needed to review the Petition, Ivanova must AMEND.

**I.      BACKGROUND**

Ivanova is a native and citizen of Russia.  She alleges that she was detained on June 21, 2024. Rec. Doc. 1, p. 5, ¶ 11.   Ivanova was granted asylum on November 6, 2024, but the Government appealed.  Rec. Doc. 1-2, pp. 1-4.   The appeal is pending, and Ivanova remains detained.

**II.     LAW AND ANALYSIS**

Ivanova should amend her Petition to state whether she requested and received a bond hearing pending the Government's appeal.  Ivanova should provide copies of any documents related to her request for release.

**III.    CONCLUSION**

Because additional information is needed to review her claim,

1

**IT IS ORDERED** that Ivanova **AMEND** her Petition within 30 days of the date of this Order to provide the information and documentation listed above.

THUS DONE AND SIGNED in chambers on Monday, April 7, 2025.

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**